IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHA'KENDRA HOWARD,

    Plaintiff,

v.                              CASE NO.: 4:08cv158-SPM/WCS

WAL-MART STORES EAST, L.P.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Joint Notice of Settlement (doc. 34) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 4th day of March, 2009.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge